IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00743-AP

EDNA M. PAKISER,

Plaintiff-Appellant,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

Defendant-Appellee.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

## 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| ROBERT K. GRUBER, #9413<br>3500 South Wadsworth Blvd., Suite 215<br>Lakewood, Colorado 80235-2382<br>Telephone (303) 986-6400<br>FAX (303) 986-6800<br>bobgruber@earthlink.net<br>Attorney for Plaintiff-Appellant<br>Edna M. Pakiser | DAVID M. GAOUETTE<br>United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br><br>THOMAS H. KRAUS<br>Special Assistant United States Attorney<br>Assistant Regional Counsel, SSA<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>(303) 844-0017<br>tom.kraus@ssa.gov |

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

**A. Date Complaint Was Filed:** March 31, 2010

**B. Date Complaint Was Served on U.S. Attorney's Office:** April 7, 2010

**C. Date Answer and Administrative Record Were Filed:** June 4, 2010

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The Administrative Records appears to be complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

There are no unusual claims or defenses in this case.

**7. OTHER MATTERS**

There are no other matters.

**8. BRIEFING SCHEDULE**

**A. Plaintiffs Opening Brief Due:** July 29, 2010

**B. Defendant's Response Brief Due:** August 30, 2010

**C. Plaintiffs Reply Brief (If Any) Due:** September 14, 2010

**9. STATEMENTS REGARDING ORAL ARGUMENT**

A. **Plaintiffs Statement:**

Plaintiff does not request oral argument.

B. **Defendant's Statement:**

Defendant does not request oral argument

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 4th day of June, 2010.

BY THE COURT:

*s/John L. Kane*_____
U.S. DISTRICT COURT JUDGE

| APPROVED:<br>For Plaintiff: | For Defendant: |
|---|---|
| s/ Robert K. Gruber<br>ROBERT K. GRUBER<br>3500 South Wadsworth Blvd., Suite 215<br>Lakewood, Colorado 80235-2382<br>Telephone (303) 986-6400<br>FAX (303) 986-6800<br>bobgruber@earthlink.net<br>Attorney for Plaintiff-Appellant | DAVID M. GAOUETTE<br>United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br><br>s/ Thomas H. Kraus<br>THOMAS H. KRAUS<br>Special Assistant U.S. Attorney<br>Assistant Regional Counsel, SSA<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>(303) 844-0017<br>tom.kraus@ssa.gov<br><br>Attorneys for Defendant |